UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| FRANK LOPEMAN, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>- vs -<br><br>STANTEC CONSULTING SERVICES INC., DOE CORPORATION 1-10, AND DOE INDIVIDUALS 1-10,<br><br>Defendants. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>**Case No. 1:21-cv-2386** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Stantec Consulting Services Inc., by and through its undersigned counsel, states that it is wholly owned by Mustang Acquisition Holdings Inc., which is wholly owned by Stantec Technology International Inc., which is wholly owned by Stantec Inc., a Canadian corporation that is publicly traded on the New York Stock Exchange and Toronto Stock Exchange.

Dated: October 19, 2021

**NIXON PEABODY LLP**

*Attorneys for Defendants*

By: ___/s/ Stephen J. Jones___
      Stephen J. Jones
      Todd R. Shinaman
1300 Clinton Square
Rochester, New York 14604
Tel: (585) 263-1000
sjones@nixonpeabody.com
tshinaman@nixonpeabody.com

1